1 | BILL LOCKYER
Attorney General of the State of California
2 | ROBERT R. ANDERSON
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | MONICA N. ANDERSON
Supervising Deputy Attorney General
5 | MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
6 |  1300 I Street, Suite 125
P.O. Box 944255
7 |  Sacramento, CA 94244-2550
Telephone:   (916) 324-5288
8 |  Fax:   (916) 324-5205

9 | Attorneys for Defendants Meraz, Delgado and Davey
SA2005300144

10

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RONALD FOSTER,** | CIV-S-05-0148 GEB JFM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME** |
| **v.** | |
| **E. MERAZ, et al.,** | |
| Defendants. | |

**ORDER**

        The court finds there is good cause to grant Defendants' request for an extension of time to respond to Plaintiff's complaint.  Accordingly, Defendants are granted an additional period, to and including July 27, 2005, to file and serve their response.

        **IT IS SO ORDERED.**

Dated: July 21, 2005.

_UNITED STATES MAGISTRATE JUDGE_

001;fost0148.ext

1