IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD FOSTER,

     Plaintiff,                        No. CIV S-05-0148 GEB JFM P

    vs.

E. MERAZ, et al.,

     Defendants.               <u>ORDER</u>

                           /

        Plaintiff has requested an extension of time to file and serve objections to the September 20, 2005 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 28, 2005 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve objections to the September 20, 2005 findings and recommendations.

DATED: October 11, 2005.

                                            /s/ John F. Moulds
                                       UNITED STATES MAGISTRATE JUDGE

12/kf;fost0148.36