IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD FOSTER,

        Plaintiff,        2:05-cv-0148-GEB-JFM-P

    vs.

E. MERAZ, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 20, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On October 12, 2005, plaintiff was granted

1

an additional thirty days in which to file objections. Thirty days have now passed, and neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 20, 2005 are adopted in full;

2. Defendants' July 27, 2005 motion to dismiss is granted in part;

3. Plaintiff's complaint is dismissed for failure to exhaust administrative remedies prior to suit with respect to his claims against defendants Delgado and Davey;

4. Plaintiff is granted thirty days from the date of any order by the district court adopting these findings and recommendations to file and serve an amended complaint that omits his unexhausted claims as to defendants Delgado and Davey; and

5. Defendant Meraz is directed to respond to an amended complaint within twenty days of service thereof.

Dated: November 22, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2