IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD FOSTER,

      Plaintiff,                         No. CIV S-05-0148 GEB JFM P

      vs.

E. MERAZ, et al.,

      Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed November 22, 2005, plaintiff's complaint was dismissed and plaintiff was granted a period of thirty days in which to file and serve an amended complaint that omitted his unexhausted claims as to defendants Delgado and Davey.

        Plaintiff failed to timely file an amended complaint and on January 4, 2006 this court issued findings and recommendations recommending that this action be dismissed without prejudice. On January 6, 2006, plaintiff filed a request for an extension of time to file an amended complaint, on January 12, 2006, plaintiff filed an amended complaint, and on January 17, 2006, plaintiff filed objections to the findings and recommendations.

        After review of the record, and good cause appearing, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 4, 2006 are vacated;

2. Plaintiff's January 6, 2006 request for an extension of time is granted;

3. Plaintiff's January 12, 2006 amended complaint is deemed timely filed; and

4. Within twenty days from the date of this order defendant shall file and serve a response to the amended complaint

DATED: February 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
fost0148.vac