IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD FOSTER,

      Plaintiff,                         No. CIV S-05-0148 GEB JFM P

    vs.

E. MERAZ, et al.,

      Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 22, 2006, defendants filed a motion to dismiss. On March 23, 2006, plaintiff filed a document styled as a motion for a protective order and a letter addressed to the Clerk of the Court. In the motion, plaintiff represents that he has never received a copy of defendants' motion to dismiss. Good cause appearing, plaintiff's request will be construed as a request for reservice of the motion and for an extension of time to respond and, so construed, will be granted.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 23, 2006 motion for a protective order is construed as a motion for reservice of defendants' February 22, 2006 motion to dismiss and for an extension of time to respond thereto and, so construed, is granted;

2. Within five days from the date of this order defendants shall reserve a copy of their February 22, 2006 motion to dismiss on plaintiff at his address of record and shall take all steps necessary to ensure that the motion is in fact delivered from the prison mailroom to plaintiff;

3. Plaintiff's opposition, if any, to defendants' motion shall be filed and served within twenty-one days after reservice thereof; and

4. Defendants' reply, if any, shall be filed and served not later than ten days thereafter.

DATED: April 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
fost0148.36(2)