1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10    RONALD FOSTER,

11              Plaintiff,                    No. CIV S-05-0148 GEB JFM P

12        vs.

13    E. MERAZ,

14              Defendant.              ORDER

15    _____/

16              Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil

17    rights action pursuant to 42 U.S.C. § 1983.  On April 20, 2006, plaintiff filed a request for

18    information concerning the amount of money received toward payment of the filing fee for this

19    action.  Plaintiff is informed that a partial payment was received on May 8, 2006, bringing the

20    total amount paid in this action as of that date to $53.50.

21    DATED:  May 17, 2006.

22

23    _____
      UNITED STATES MAGISTRATE JUDGE

24

25    12;fost0148.fees

26

                                          1